No. —. Ex parte Henry E. Terrell. December 14, 1942. The motion to set aside judgment is denied.

No. —, Original. Ex parte Cecil Wright. December 14, 1942. The motion for leave to file petition for writ of habeas corpus is denied.

No. —, Original. Ex parte Karl Kive Greenfield. December 14, 1942. The motion for leave to file petition for writ of mandamus is denied.

No. —, Original. Ex parte Orville Chester Garrison. December 14, 1942. The motion for leave to file petition for writ of certiorari is denied.